**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Corey Smith
Plaintiff,
v.
Headway Capital, LLC
Defendant.

Case No.: 1:25−cv−02979
Honorable John Robert Blakey

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 21, 2025:

MINUTE entry before the Honorable John Robert Blakey: On 4/22/25, this Court ordered Plaintiff to review Defendant's motion to dismiss [8] and to file, by 5/16/25, either an amended complaint or a response to the motion, see [9]. Plaintiff did neither. If Plaintiff fails to comply by 5/28/25, the Court will dismiss this case for failure to prosecute and failure to comply with a court order. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.